# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR CALDERON-TORRES,<br>  aka "Cesar Calderon"<br>  aka "Juan Jose Pulido-Vasquez"<br><br>    Defendant. | Case No. 2:22-mj-00870-NJK<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 10th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3